UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, et al.,<br><br>   Debtors in Foreign Proceedings | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br><br>Jointly Administered |
| Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,<br><br>               Plaintiffs,<br><br>               v.<br><br>Kookmin Bank and Beneficial Owners of Accounts Held in the Name of Kookmin Bank 1-1000,<br><br>             Defendants. | Adv. Pro. No. 10-3777 (BRL) |

## NOTICE OF KOOKMIN BANK'S MOTION TO WITHDRAW THE REFERENCE TO THE UNITED STATES BANKRUPTCY COURT

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

      Kookmin Bank, as a named defendant in the above-captioned Adversary Proceeding, respectfully moves the United States District Court for the Southern District of New York for an order, under 28 U.S.C. § 157(d), Federal Rules of Bankruptcy Procedure 5011, and Rule 5011-1 of the Local Rules of Bankruptcy Court withdrawing the reference to the Bankruptcy Court for the reasons set forth in the accompanying memorandum of law with supporting declaration, which are hereby incorporated by reference.

      Kookmin Bank has made no prior request to this Court or to any other court for the relief

requested by this Motion.

Dated: New York, New York
       October 1, 2010

By: _____
William J. Sushon
Gary Svirsky
Shiva Eftekhari
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  wsushon@omm.com

*Attorneys for Defendant
Kookmin Bank*